ACCEPTED
04-15-00097-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 8:07:23 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00097-CV

**IN THE COURT OF APPEALS
FOR THE FOURTH JUDICIAL DISTRICT OF TEXAS
AT SAN ANTONIO**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/3/2015 8:07:23 PM
KEITH E. HOTTLE
Clerk

**BRIAN McENERY,**

*Appellant,*

**v.**

**CITY OF SAN ANTONIO AND CHIEF CHARLES N. HOOD,**

*Appellees.*

ON APPEAL FROM THE 285th JUDICIAL DISTRICT COURT
BEXAR COUNTY, TEXAS
TRIAL COURT NO. 2011-CI-06603
THE HONORABLE JUDGE CATHLEEN STRYKER PRESIDING

## UNOPPOSED SECOND MOTION TO EXTEND TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE COURT:

Under Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Appellant Brian McEnery, referred to as Appellant, respectfully moves the Court to extend the time for filing Appellant's Reply Brief. As good cause, Appellant respectfully shows the Court the following:

1.    On November 12, 2015, Appellant filed his initial Unopposed Motion to Extend Time to File Appellant's Reply Brief.

2.    On November 19, 2015, the Court granted Appellant's motion and extended the time to file Appellant's Reply Brief to December 9, 2015.

3.    This is Appellant's second request for an extension of time to file Appellant's Reply Brief. Appellant seeks this extension not solely for delay, but so that justice may be done.

4.    Appellant requests that the Court extend the time to file Appellant's Reply Brief for an additional twenty (20) days. An additional twenty (20) day extension would make Appellant's Reply Brief due on December 29, 2015.

5.    In support of the requested extension, Appellant would show that counsel for Appellant, Ronald B. Prince and Floyd Steven Contreras, had and have commitments during the initial briefing period that required and require their time and attention, interfering with the preparation of Appellant's Reply Brief by the current deadline.

These commitments include the following:

Trial in Cause No. 2014-CI-03115, *In the Matter of the Marriage of Eric. C. Mena and Marissa Ortiz Mena and In the Interest of Miguel Carlos Mena, Ileana Isabel Mena, and Alejandro Andres Mena, Children,* in the 285th Judicial District Court in Bexar County, Texas, which Appellant referenced in his previous motion,

continued during the initial extended briefing period and did not conclude until December 2, 2015.

As a result of the trial referenced above, counsel fell behind on numerous other commitments in various cases that require attention.

In addition, counsel have numerous hearings in family law matters to attend in various cases set in Presiding Civil District Court in Bexar County, Texas, from December 4, 2015, through December 9, 2015.

Similarly, counsel are the attorneys in a criminal proceeding, specifically Cause No. 457390, *State of Texas v. Michael Anthony Gonzales,* in County Court at Law No. 15 in Bexar County, Texas, currently set for trial to begin on December 7, 2015.

6.     The foregoing commitments and others during the initial extended briefing period show a deviation from the normal press of business and good cause for the additional requested extension of time.

7.     As reflected in the Certificate of Conference below, counsel for Appellees indicated that she is unopposed to this motion, and counsel for Intervenor indicated that he is unopposed to this motion.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant Brian McEnery respectfully requests that the Court grant an additional twenty (20) day extension of time to file Appellant's Reply Brief, extending the time to file Appellant's Reply Brief until December 29, 2015.

Appellant further prays for such other relief to which he may be entitled.

Respectfully submitted,

PRINCE CONTRERAS PLLC
417 San Pedro Avenue
San Antonio, Texas 78212
Tel: (210) 227-7821
Fax: (210) 225-4469
info@princecontreras.com
ATTORNEYS FOR BRIAN McENERY

 _/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
State Bar No. 16329300
ron@princecontreras.com
FLOYD STEVEN CONTRERAS
State Bar No. 24075339
floyd@princecontreras.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Jacqueline M. Stroh, counsel for Appellees, via email on December 3, 2015, regarding Appellant's Second Motion to Extend Time to File Appellant's Reply Brief. Ms. Stroh indicated that she is not opposed to our second request to extend time.

I also certify that I conferred with Ricky J. Poole, counsel for Intervenor, via email on December 3, 2015, regarding Appellant's Second Motion to Extend Time to File Appellant's Reply Brief. Mr. Poole indicated that he is not opposed to our second request to extend time.

    _/s/ Floyd Steven Contreras_____
    RONALD B. PRINCE
    FLOYD STEVEN CONTRERAS

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of December, 2015, a true and correct copy of the foregoing Appellant's Second Motion to Extend Time to File Appellant's Reply Brief was served on the following counsel of record electronically through the electronic filing manager:

Ms. Jacqueline M. Stroh
THE LAW OFFICE OF JACQUELINE M. STROH, P.C.
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
Tel: (210) 477-7416
Fax: (210) 477-7466
jackie@strohappellate.com                    *Attorney for Appellees*

Ms. Deborah Lynne Klein
OFFICE OF THE CITY ATTORNEY, LITIGATION DIVISION
111 Soledad, 10th Floor
San Antonio, Texas 78205
Tel: (210) 207-8919
Fax: (210) 207-4357
deborah.klein@sanantonio.gov                 *Attorney for Appellees*

Mr. Mark Kosanovich
FITPATRICK & KOSANOVICH, P.C.
P.O. Box 831121
San Antonio, Texas 78283-1121
Tel: (210) 207-7259
Fax: (210) 207-8997
mark.kosanovich@sanantonio.gov               *Attorney for Appellees*

Mr. Ricky J. Poole
LAW OFFICES OF RICKY J. POOLE
The Forum Building
8000 IH-10 West, Suite 600
San Antonio, Texas 78230
Tel: (210) 525-7988
Fax: (210) 525-7987
rpoole@alamocityattorney.com                 *Attorney for Intervenor*

_/s/ Floyd Steven Contreras_____
RONALD B. PRINCE
FLOYD STEVEN CONTRERAS